### Grosven<sup>r</sup> contra Hall

Iohn Grosvenner plaint. cont<sup>a</sup> Richard Hall & Elizabeth Hall his wife the Relict & sole Executrix of Iohn Holbrooke dec<sup>d</sup> Def<sup>t</sup> for witholding a parcel of Leather amounting to the value of one hundred pounds or thereabouts, which Leather was committed to Iohn Holbrooke dece<sup>d</sup> by the plaint. sometime in the year. 1676. to dry and dispose of according to s<sup>d</sup> Grosvenn<sup>rs</sup> order w<sup>ch</sup> is not done, to his great damage. . . . The Iury . . . found for the plaint. Fifteen pounds twelve Shillings and costs of Court allow<sup>d</sup> thirty three Shillings and two pence.

### Griggs cont<sup>a</sup> Chock

William Griggs plaint. cont<sup>a</sup> Peter Chock Defend<sup>t</sup> in an action of the case for defamation for that the s<sup>d</sup> Chock hath reported before severall persons that the s<sup>d</sup> Griggs was drunke and that hee the s<sup>d</sup> Chock would prove it, which is very much to the plaint<sup>s</sup> damage with other due damages &c<sup>a</sup>. . . . The Iury . . . found for the plaint. that the s<sup>d</sup> Chock pay Sixty pounds money to the plaint. or make an acknowledgem<sup>t</sup> to the Courts Satisfaction and pay costs of Court allowed Forty three Shillings.

Execucion issued. for costs. 22<sup>o</sup> aug<sup>o</sup> 1679.

an acknowledgem<sup>t</sup> given in to Satisfact<sup>n</sup>

[ This probably grew out of the following case.]